# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MTI, INC., formerly MIDWEST TOWERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> EMPLOYERS INSURANCE COMPANY OF WAUSAU, <br><br> Defendant. | Case No. CIV-15-716-R |

## NOTICE OF APPEAL

Notice is hereby given that <u>MTI, Inc., formerly Midwest Towers, Inc.</u>, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Tenth Circuit from the final judgment entered in this action on <u>August 25, 2017</u>.

/s/Mort G. Welch
Mort G. Welch, OBA #09462
WELCH & SMITH, P.C.
6440 Avondale Drive, Suite 206
Oklahoma City, OK 73116
Telephone:  (405) 286-0801
Facsimile:  (405) 286-0301
mwelch@welchsmith.com
   -**and**-
F. Thomas Cordell, OBA #1912
FRAILEY, CHAFFIN, CORDELL, PERRYMAN & STERKEL LLP
201 N. 4th Street
P. O. Box 533
Chickasha, OK 73023
Telephone:  (405) 224-0237
Facsimile:  (405) 222-2319
tcordell@fccpsm.com
**Attorneys for Plaintiff**

1